**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-3654 |
| Plaintiff - Appellee, | D.C. No. 1:15-cr-00242-DKW-1 |
| v. | |
| ROMAN GABRIEL CONTRERAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Derrick Kahala Watson, District Judge, Presiding

Submitted February 18, 2026[**]

Before: CALLAHAN, FRIEDLAND, and BRESS, Circuit Judges.

Roman Gabriel Contreras appeals pro se the district court's order denying

his second motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). We

have jurisdiction under 28 U.S.C. § 1291. Reviewing for abuse of discretion, *see*

*United States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021) (per curiam), we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Contreras contends the district court abused its discretion by failing to address his arguments that he is serving an "unusually long sentence." U.S.S.G. § 1B1.13(b)(6). The court, however, was not required to resolve those arguments because it denied the motion under the 18 U.S.C. § 3553(a) sentencing factors alone. *See Keller*, 2 F.4th at 1284 (a district court that properly denies a § 3582(c)(1)(A) motion based on the § 3553(a) sentencing factors need not evaluate the defendant's asserted extraordinary and compelling circumstances). Moreover, the court did not abuse its discretion in evaluating the § 3553(a) factors, which the court concluded were largely unchanged since Contreras's prior sentence reduction motion. The court explained that Contreras's participation in programming was "unremarkable," and counterbalanced by a new disciplinary violation. It also noted that Contreras's sentence was near the bottom of the applicable Guidelines range, and it rejected Contreras's challenges to that range as untimely and unsupported. This record shows that the court considered Contreras's arguments and reasonably concluded they did not support a sentence reduction. The court therefore did not abuse its discretion by denying Contreras's motion. *See United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018) (a district court abuses its discretion only if its decision is illogical, implausible, or not supported by the record).

**AFFIRMED.**

25-3654